UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOLAND, HENRY KRAMER, KEN LAMBERT, GERARD SCARANO, TIMOTHY DRISCOLL, JOHN J. FLYNN, GERALD O'MALLEY, EUGENE GEORGE, ROBERT HOOVER, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, WILLIAM MCCONNELL, CHARLES COSTELLA, and JOHN TRENDELL, as Trustees of, and on behalf of, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, and<br><br>JAMES BOLAND, JIM ALLEN, MATTHEW AQUILINE, TED CHAMP, BRUCE DEXTER, TIMOTHY DRISCOLL, EUGENE GEORGE, GREGORY R. HESS, ROBERT HOOVER, FRED KINATEDER, MARK KING, HENRY KRAMER, KEN KUDELA, DAN KWAIATKOWSKI, KEN LAMBERT, WILLIAM MCONNELL, EDWARD NAVARRO, JIM O'CONNOR, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, JOSEPH SPERANZA, JEREMIAH SULLIVAN, JR., RICAHRD TOLSON, and JOHN TRENDELL, as Trustees of, and on behalf of, INTERNATIONAL MASONRY INSTITUTE<br>                  Plaintiffs,<br>     v.<br><br>MARBELLA FLOORING, INC., and MARBELLA INTERNATIONAL CORPORATION<br>                  Defendants. | Case No. 2:14-mc-00113-KJM-EFB<br><br>District of Columbia<br>Case No. 12-183 (RWR)<br><br>ORDER TO APPOINT PROCESS SERVER |

MWC/cl/bricklayers.ord.sg.k.wpd

[Order to Appoint Process Server                                    Case No. 2:14-mc-00113-KJM-EFB

- 2 -

1  **IT IS SO ORDERED** that Janney & Janney Attorney Service, Inc. is
2  appointed as the designated process server and preparer of all the necessary
3  documents to enforce the judgment in the above-referenced matter by serving the
4  Writ of Execution.  The U.S. Marshal's Service will remain as the Levying Officer.

6  DATED:  October 6, 2014.

_____
UNITED STATES DISTRICT JUDGE